**UNTIED STATES BANKRUPTCY COURT**
**EASTERN DIVISION OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In the Matter of:

Zoltan F Cunningham                                      Chapter 7
Pandora Cunningham,                                     Case No. 09-72006-wsd
                                                        Honorable Walter Shapero

      Debtor(s)

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

     The attached check(s), totaling in the amount of **$43.84** represents the total sum of

unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a).

The name (s) and address (es) of the Party (ies) entitled to these unclaimed dividends is

(are) as follows:

| Debtor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Citibank NA as trustee for the SLC | 000004 | $43.84 |
| Citibank (South Dakota) NA | | |
| Attn: Claims Dept. MC 2135 | | |
| 701 E 60th Street North | | |
| Sioux Falls, SD  57117 | | |

                        Respectfully Submitted,

               By:     /s/ Wendy Turner Lewis
                        Wendy Turner Lewis (P39505)
                        Chapter 7 Trustee
                        444 West Willis Street, Suite 101
                        Detroit, MI  48201
                        (313) 832-5555
Dated: July 14, 2011          trustee@lewistrustee.com